Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; PRIORITY RECORDS LLC; and BMG MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; and BMG MUSIC, a New York general partnership,<br><br>      Plaintiff,<br>v.<br><br>ELIZABETH JOHNSON,<br><br>      Defendant. | Case No.: 3:06-cv-419 MHP<br><br>Honorable Marilyn H. Patel<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

#1991 v1

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs Interscope Records,
2  Sony BMG Music Entertainment, UMG Recordings, Inc., Arista Records LLC, Priority Records
3  LLC, and BMG Music (collectively, "Plaintiffs") hereby voluntarily dismiss defendant Elizabeth
4  Johnson ("Defendant"), without prejudice. Plaintiffs further request that the Court vacate the entry
5  of default against Defendant, which was entered on May 1, 2006.

7  Dated: May 22, 2006                    Respectfully submitted,

                                          LEEMORE LIBESMAN
                                          HOLME ROBERTS & OWEN LLP


                                    By:         /s/ Leemore Libesman
                                          Leemore Libesman
                                          Attorney for Plaintiffs
                                          INTERSCOPE RECORDS; SONY BMG
                                          MUSIC ENTERTAINMENT; UMG
                                          RECORDINGS, INC.; ARISTA RECORDS
                                          LLC; PRIORITY RECORDS LLC; and BMG
                                          MUSIC


          May 23, 2006

                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
                        IT IS SO ORDERED
                        Judge Marilyn H. Patel

2

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:06-CV-419 MHP

#1991 v1